# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN REED-SEEGER, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 14-0287 |
| SCHOOL DISTRICT OF PHILADELPHIA; PHILADELPHIA FEDERATION OF TEACHERS; THE SCHOOL REFORM COMMISSION; DR. WILLIAM HITE; LEROY NUNERY; ESTELLE G. MATTHEWS; and KATHY MURPHY, | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW** this 30th day of December 2014, upon consideration of defendants School District of Philadelphia, School Reform Commission, William Hite, Leroy Nunery, Estelle Matthews, and Kathy Murphy's motion to dismiss (Doc. No. 21), and plaintiff's opposition thereto, **IT IS HEREBY ORDERED** that defendants' motion is **DENIED**.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge